PHILLIP A. TALBERT
United States Attorney
DAVID SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jan 25, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>433 North Broadway Avenue, Stockton, Ca 95205<br><br>Miguel Angel GOMEZ-Torres<br><br>Red 1981 Pontiac Firebird<br>California license plate 7USJ480 | CASE NO. 2:24-sw-0079 JDP<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: January 25, 2024

_____
Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

SEALING ORDER