PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 14, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | [PROPOSED] ORDER TO UN-SEAL SEARCH WARRANTS |
|---|---|
| 2 Electronic Devices, currently located at DEA's Sacramento Office; (a) Samsung Note 10+, Model SM-N975U, IMEI: 359186104499219 and (b) Samsung Note 9, Model SM-N960U, IMEI: 358959099297496. | 2:23-SW-1326-JDP |
| 433 North Broadway Avenue, Stockton, CA 95205 | 2:24-SW-0079-JDP |
| Miguel Angel GOMEZ-Torres | |
| Red 1981 Pontiac Firebird California license plate 7USJ480 | |

**[PROPOSED] ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: March 14, 2024

_/s/ signature_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER